# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Magistrate Judge Michael J. Watanabe

**Civil Action No.**  11-cv-02296-MSK-MJW         FTR - Courtroom A-502

**Date:**   November 30, 2011                   Courtroom Deputy,  Ellen E. Miller

| _Parties_ | _Counsel_ |
|---|---|
| MICHELLE HILL, | Brett N. Huff |
| Plaintiff(s), | |
| v. | |
| UNITED STATES OF AMERICA, | Mustafa A. Hersi |
| Defendant(s). | |

## COURTROOM MINUTES / MINUTE ORDER

**HEARING:   RULE 16(b) SCHEDULING CONFERENCE**
**Court in session:**  9:00  a.m.
Court calls case.  Appearances of counsel.

The Court raises the Plaintiff's Unopposed Motion for Leave to File Amended Complaint for discussion.  With no objections,

**It is ORDERED:**     Plaintiff's UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT [Docket No. **9**, Filed November 22, 2011] is **GRANTED** for reasons as set forth on the record.

The AMENDED COMPLAINT [Docket No. **10**, Filed November 22, 2011] is accepted for filing as of this date, and shall be the operative pleading.

The following will confirm the actions taken and dates set at the scheduling conference held this date:

Joinder of Parties/Amendment to Pleadings:   **JANUARY 04, 2012**

Discovery Cut-off:   **APRIL 16, 2012**

Dispositive Motions Deadline:   **MAY 16, 2012**

Each side  shall be limited to five (5) expert witnesses, without further leave of Court.
Parties shall designate experts **on or before  FEBRUARY  01, 2012**
Parties shall designate rebuttal experts   **on or before   MARCH  01, 2012**
The disclosure of Experts shall be consistent with  Fed. R. Civ. P. 26(a)2(B).

Interrogatories, Requests for Production, and Requests for Admissions shall be served on or before **MARCH 13, 2012.**
Each side shall be limited to twenty-five (25) Interrogatories, twenty-five (20) Requests for Production, and twenty (20) Requests for Admissions, without leave of Court.

Each side shall be limited to ten (10) depositions, including experts. Each deposition shall be limited to one (1) day of a maximum of seven (7) hours, absent leave of Court. All depositions, fact and expert witnesses, shall be completed **no later than APRIL 16, 2012.**
Parties shall use deposition exhibits numbered in consecutive order, not separated as Plaintiff Exhibits or Defendant Exhibits. Parties shall not use any duplicative exhibits.

Pursuant to the Order of Reference [Docket No. 2], no **SETTLEMENT CONFERENCE** is set. Parties are reminded of the changes to D.C.COLO.LCivR 16.6, effective December 01, 2011.

Any **FINAL PRETRIAL CONFERENCE**, **TRIAL PREPARATION CONFERENCE,** and **TRIAL** will be set by the Honorable Marcia S. Krieger at a future date. The parties anticipate a three (3) day trial to the Court.

● **Parties are directed to** www.cod.uscourts.gov **regarding Judicial Officers' Procedures and shall fully comply with the procedures and Practice Standards of the judicial officer assigned to try this case on the merits.**

Absent exceptional circumstances, no request for rescheduling any appearance in this court will be entertained unless a written request is made five (5) business days in advance of the date of appearance.

**[X]**    Scheduling Order is signed and entered with interlineations **NOVEMBER 30, 2011**

Hearing concluded.

**Court in recess:**    9:23 a.m.
Total in-court time: 00:23

To order a transcript of this proceedings, contact Avery Wood Reports   (303) 825-6119 or   Toll Free   1-800-962-3345.