IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 11-cv-02296-MSK-MJW

MICHELLE HILL,

    Plaintiff,

v.

UNITED STATES OF AMERICA;
BLAKE BELL, individually and in his capacity as an employee with the United States Department of Agriculture,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE AND TO CLOSE CASE

THIS MATTER is before the Court on the Response to Order to Show Cause and Stipulated Motion to Dismiss **(#20)** filed February 28, 2012. The Court having reviewed the foregoing:

**ORDERS** that the Motion is **GRANTED** and the Order to Show Cause is **DISCHARGED**. All claims asserted in the above-captioned matter are dismissed with prejudice, each party to bear his, her or its own costs and attorneys' fees incurred in connection with this action. The Clerk shall close this case.

DATED this 28th day of February, 2012.

                      **BY THE COURT:**

                      _____

                      Marcia S. Krieger
                      United States District Judge